# EXHIBIT "1"

# EXHIBIT "1"

Case: 17-03088    Doc# 1-2    Filed: 12/18/17    Entered: 12/18/17 18:29:47    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In Re: | Monica H. Hujazi | Case No.: 13–30477 HLB 7 |
| | aka The Zuercher Trust of 1999 | Chapter: 7 |
| | aka Bay Cities Financial | |
| | aka Zuercher Family Trust | |
| | aka Alexandria Apartments | |
| | aka Emerald Square Apartments | |
| | aka Brownstone Lofts | |
| | aka Peninsula Commons | |
| | aka SF Corners | |
| | Debtor(s) | |

**ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL**

The debtor(s) named above failed to file the documents listed below.

* Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106SUM)
* Schedules A/B: Property (Official Form 106A/B)
* Schedule C: The Property You Claim as Exempt (Official Form 106C)
* Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
* Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
* Schedule H: Your Codebtors (Official Form 106H)
* Schedule I: Your Income (Official Form 106I)
* Schedule J: Your Expenses (Official Form 106J)
* Schedule J–2: Expenses for Separate Household of Debtor 2 (Official Form 106J–2)
* Declaration About an Individual Debtor's Schedule (Official Form 106Dec)
* Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
* Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation or Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Official Form 122A–1 and 122A–2, or 122A–1Supp)
* Statement Re Payment Advices (local form available at www.canb.uscourts.gov)
* Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy Court (Form 2010)
* Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Official Form 101–Part 5)

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §521(I).

Dated: 12/31/15

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge