# EXHIBIT "2"

# EXHIBIT "2"

Fill in this information to identify your case:

Debtor 1: Monica Helena Hujazi
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 13-30477

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets — Value of what you own**

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B .............. (pending B&P) $102,400,000
   1b. Copy line 62, Total personal property, from Schedule A/B .............. $92,912,150
   1c. Copy line 63, Total of all property on Schedule A/B .............. $195,312,150

## Part 2: Summarize Your Liabilities

**Your liabilities — Amount you owe**

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D .............. $24,407,095

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F .............. $ _____
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F .............. + $ 2,700,000

X disputed - appealed

Your total liabilities $ _____

## Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I .............. See attached forms in sections I/J

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J .............. $ _____

Debtor 1  Monica Helena Hijazi    Case number (if known) 13-30477

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☒ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☐ Yes

   filing under protest of my constitutional

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 66,000±

   (excluding Alexandria pending masterlease of $97,000/month)

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 35,000±

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0

   9d. Student loans. (Copy line 6f.)    $ 0

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0

   9g. **Total.** Add lines 9a through 9f.    $ 35,000

Fill in this information to identify your case and this filing:

Debtor 1: Monica Helena Hujazi

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number: 13-30477

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1. Street address: 1641 N Alexandria
City: Los Angeles   State: CA   ZIP: 90027
County: Los Angeles

What is the property? Check all that apply.
☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other: Conversion to senior housing

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Current value of the entire property? $9,800,000
Current value of the portion you own? $9,800,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Zuencher Family Trust (Pending BAP appeal)

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2. Street address: 621 South Union
City: Los Angeles, CA   ZIP: 90017
County: Los Angeles

What is the property? Check all that apply.
☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land (excess development site)
☐ Investment property
☐ Timeshare
☒ Other: Conversion to senior housing

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Current value of the entire property? $10,000,000
Current value of the portion you own? $10,000,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Zuencher Family Trust ☒ BAP Appeal

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

# Fill in this information to identify your case and this filing:

Debtor 1: Monica Hujazi
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: _____ District of _____
Case number: 13-30477

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. Street address: 1159 Bellevue
   City: Los Angeles   State: CA   ZIP: 90012
   County: Los Angeles

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☒ Condominium or cooperative — conversion
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☒ Other: completed decontrol from rent bound

   Current value of the entire property? $1,200,000
   Current value of the portion you own? $1,200,000

   Describe the nature of your ownership interest: Emerald Square, LLC

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   ☐ Check if this is community property

   1.2. Street address: 1168 Bellevue Ave
   City: Los Angeles   State: CA   ZIP: 90012
   County: _____

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☒ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other: _____

   Current value of the entire property? $35,000,000
   Current value of the portion you own? $35,000,000

   Describe the nature of your ownership interest: Brownstone Loft, LLC claim of fee simple

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   ☐ Check if this is community property

Case: 13-30477   Doc# 383   Filed: 02/28/16   Entered: 02/28/16 18:39:08   Page 5 of 15
Official Form 106A/B   Schedule A/B: Property   page 1

# Fill in this information to identify your case and this filing:

Debtor 1: Monica Hujazi
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: _____ District of _____
Case number: 13-30477

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. Street address: 207 W Oxford
        City: Los Angeles, State: CA ZIP Code:
        County: Los Angeles

        What is the property? Check all that apply.
        ☐ Single-family home
        ☒ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☐ Land
        ☐ Investment property
        ☐ Timeshare
        ☒ Other: conversion to senior housing

        Who has an interest in the property? Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☒ At least one of the debtors and another

        Current value of the entire property? $4,000,000
        Current value of the portion you own? $4,000,000

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
        Claiming ownership because of trustees tenancy

        ☐ Check if this is community property (see instructions) — pending B.A.P.

        Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. Street address: 2400 Filbert
        City: Oakland CA 9410 State: ZIP Code:
        County: Alameda

        What is the property? Check all that apply.
        ☐ Single-family home
        ☐ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☒ Land
        ☐ Investment property
        ☐ Timeshare
        ☒ Other: entitled for housing

        Who has an interest in the property? Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☒ At least one of the debtors and another

        Current value of the entire property? $10,600,000
        Current value of the portion you own? $10,600,000

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
        reverse exchange filtered to personal

        ☐ Check if this is community property (see instructions)

        Other information you wish to add about this item, such as local property identification number: _____

Fill in this information to identify your case and this filing:

Debtor 1 _____
        First Name        Middle Name        Last Name
Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   **1.1** Street address: **2400 Bayshore Bl**
   City: **San Francisco**  State: **CA**  ZIP Code: ____
   County: **San Francisco**

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☒ Investment property
   ☐ Timeshare
   ☐ Other: **Retail / res mix**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another  **(disputed)**

   Current value of the entire property? **$5,500,000**
   Current value of the portion you own? **$5,500,000**

   Describe the nature of your ownership interest: **Zuercher Family Trust**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ____

   If you own or have more than one, list here:

   **1.2** Street address: **1925 Martin Luther King**
   City: **Oakland**  State: **CA**  ZIP Code: **94612**
   County: ____

   What is the property? Check all that apply.
   ☒ Single-family home
   ☒ Duplex or multi-unit building X
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☒ Investment property
   ☐ Timeshare
   ☒ Other: **Condo conversion permits**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Current value of the entire property? **$5,500,000**
   Current value of the portion you own? **$5,500,000**

   Describe the nature of your ownership interest: **Uptown Sterling LLC**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ____

# Fill in this information to identify your case and this filing:

Debtor 1: Monica Helena Hijazi
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: _____ District of _____
Case number: 13-30477

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1**
Street address: 1016 San Raymundo
City: Hillsborough CA
ZIP Code: 94010
County: San Mateo

What is the property? Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Current value of the entire property? $4,100,000
Current value of the portion you own? $4,100,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Penisula Commons

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2**
Street address: 2141 Forestview
City: Hillsborough CA
ZIP Code: 94010
County: San Mateo

What is the property? Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other cottage

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Current value of the entire property? $5,000,000
Current value of the portion you own? $5,000,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
2141 Forestview LLC

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: My home

# Fill in this information to identify your case and this filing:

Debtor 1: Monica Hujazi
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Northern District of California
Case number: 13-30477

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1. Street address: 911 W. Amphlett
City: San Mateo  State: CA  ZIP: 94401
County: San Mateo

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other: mix use

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Current value of the entire property? $1,400,000
Current value of the portion you own? $1,400,000

Describe the nature of your ownership interest: Peninsula Commons LLC

☐ Check if this is community property

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2. Street address: 3201 Mission S
City: San Francisco  State: CA  ZIP: 94110
County: San Francisco

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☒ Investment property
☐ Timeshare
☐ Other: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property? $5,700,000
Current value of the portion you own? $5,700,000

Describe the nature of your ownership interest: San Francisco Commons

☐ Check if this is community property

Other information you wish to add about this item, such as local property identification number: _____

**Fill in this information to identify your case and this filing:**

Debtor 1: Monica Helena Hujazi
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Northern District of California
Case number: 13-30477

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. Street address: 376 Ellis Street
        City: San Francisco  State: CA
        County: San Francisco

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☒ Investment property
   ☐ Timeshare
   ☒ Other: mix use

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Current value of the entire property? $4,600,000+
   Current value of the portion you own? $4,600,000

   Describe the nature of your ownership interest: San Francisco Convens [?]

   ☐ Check if this is community property

   1.2. Street address: 1601 El Camino Real
        City: Millbrae, CA
        County: San Mateo

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☒ Investment property
   ☐ Timeshare
   ☒ Other: mix use

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Current value of the entire property? $3,200,000+
   Current value of the portion you own? unknown

   Describe the nature of your ownership interest: Hujazi Commercial Trust

   ☐ Check if this is community property

Official Form 106A/B — Schedule A/B: Property — page 1

Fill in this information to identify your case and this filing:

Debtor 1 _____
        First Name    Middle Name    Last Name
Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. **217 Paramont Dr**
   Street address, if available, or other description

   **Millbrae CA**
   City   State   ZIP Code

   **San Mateo**
   County

   What is the property? Check all that apply.
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? **$935,000+**
   Current value of the portion you own? **Unknown**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Hijazi - Commercial Trust**

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. **491 Milton Ave**
   Street address, if available, or other description
   **S**

   **San Bruno CA**
   City   State   ZIP Code

   _____
   County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☒ Duplex or multi-unit building
   ☒ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? **$975,000+**
   Current value of the portion you own? **Unknown**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

Debtor 1 _____ _____ _____
         First Name        Middle Name      Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1 Street address: **544 Commercial Ave**
    City: **South San Francisco**  State: **CA**  ZIP Code: ____
    County: **San Mateo**

    What is the property? Check all that apply.
    ☒ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    Who has an interest in the property? Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☒ At least one of the debtors and another

    Current value of the entire property? $**2,200,000**
    Current value of the portion you own? $**unknown**

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
    **Huyzi-Commercial**

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2 Street address: **282 Sylvan Ave**
    City: **San Bruno CA**  State: ____  ZIP Code: ____
    County: **San Mateo**

    What is the property? Check all that apply.
    ☒ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    Who has an interest in the property? Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☒ At least one of the debtors and another

    Current value of the entire property? $**500,000**
    Current value of the portion you own? $**unknown**

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
    **Huyzi-Sylvan**

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

Debtor 1 _____  _____  _____
        First Name          Middle Name        Last Name

Debtor 2 _____  _____  _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1. Street address: **226 Sylvan Ave**
        City: **Sun Bruno, CA**
        County: **San Mateo**

        What is the property? Check all that apply.
        ☒ Single-family home
        ☐ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☐ Land
        ☐ Investment property
        ☐ Timeshare
        ☐ Other _____

        Who has an interest in the property? Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☒ At least one of the debtors and another

        Current value of the entire property? **$599,000+**
        Current value of the portion you own? **Unknown**

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
        **Hijazi - Sylvan**

        ☐ Check if this is community property (see instructions)

        Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. Street address: **250 Sylvan Ave**
        City: **Sun Bruno, CA**
        County: _____

        What is the property? Check all that apply.
        ☒ Single-family home
        ☐ Duplex or multi-unit building
        ☐ Condominium or cooperative
        ☐ Manufactured or mobile home
        ☐ Land
        ☐ Investment property
        ☐ Timeshare
        ☐ Other _____

        Who has an interest in the property? Check one.
        ☐ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☒ At least one of the debtors and another

        Current value of the entire property? **$599,000**
        Current value of the portion you own? **Unknown**

        Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
        **Hijazi - Sylvan**

        ☐ Check if this is community property (see instructions)

        Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  Monica Hijazi   Case number (if known) 13-30477

1.3. _____
Street address, if available, or other description

_____

_____
City        State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____           $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. → $ 102,400.00

---

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☒ Yes

3.1. Make: Toyota
     Model: Tundra
     Year: 2007
     Approximate mileage: 63,000
     Other information:

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  Current value of the portion you own?
$ 5,200 +  $ 5,200

If you own or have more than one, describe here:

3.2. Make: Acura
     Model: RDX
     Year: 2010
     Approximate mileage:
     Other information:

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  Current value of the portion you own?
$ 16,000   $ 16,000

Official Form 106A/B      Schedule A/B: Property      page 2

Case: 13-33088   Doc# 384   Filed: 02/28/16   Entered: 02/28/16 18:29:08   Page 14 of 15

Debtor 1 __Monica Hujzeri__  First Name  Middle Name  Last Name     Case number (if known) __13-30477__

3.3. Make: __Mercedes__
Model: __CLK__
Year: __2004__
Approximate mileage: __64,000__
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $ __12,000__
Current value of the portion you own? $ __6,000__

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $_____
Current value of the portion you own? $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................→ $ __27,200__