# EXHIBIT "3"

# EXHIBIT "3"

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... Sofas / chairs / tables / beds / china
   $ 88,000+

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... cell phone / cameras / televisions
   $ 3,000+

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☒ Yes. Describe......... Antique books, prints, statue
   $ 50,000+

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe......... tools, exercise bike / Box flex etc bicycle
   $ 10,000+

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.........
    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.........
    $ 85,000+

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.........
    $ 80,000+

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe......... blue Pit nose & poodle
    $ 800 / 800 each

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes. Give specific information. ............. retainer
    $ 300

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................... →
    $ 317,900

Debtor 1 _____   Case number (if known) _____

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes .................................................................................................................................... Cash: .................... $ N/A

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                                    Institution name:

    17.1. Checking account:       Wells Fargo                                   $ 15,700
    17.2. Checking account:       Wells Fargo                                   $ 1,600
    17.3. Savings account:        Citi Bank                                     $
    17.4. Savings account:        Andrey Wirum                                  $
    17.5. Certificates of deposit: East West Bank                               $ 447,000
    17.6. Other financial account: _____             $
    17.7. Other financial account: Torrey Pines                                 $ Unknown
    17.8. Other financial account: (Trustee Zuercher Family Trust)             $
    17.9. Other financial account: _____             $

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes ...................  Institution or issuer name:

    _____   $
    _____   $
    _____   $

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No        Name of entity:                                    % of ownership:
    ☐ Yes. Give specific   Stated in RE section                   0%  ___ %    $
        information about                                          0%  ___ %    $
        them .......                                               0%  ___ %    $

Debtor 1 _____  Case number (if known)_____
        First Name    Middle Name    Last Name

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them........

Issuer name:
_____ $_____
_____ $_____
_____ $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☒ Yes..........................

Institution name or individual:

| Electric: | _____ | $_____ |
| Gas: | Southern Calif Gas → | $ 3,000 |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☐ Yes..........................

Issuer name and description:
_____ $_____
_____ $_____
_____ $_____

Debtor 1 _____  Case number (if known)_____
         First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☒ Yes. Give specific information about them.... *included on Schedule A*   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☒ No
    ☐ Yes. Give specific information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them....   $_____

**Money or property owed to you?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No
    ☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......    *2011 refund over payment*
    
    Federal: $_____
    State:   $_____
    Local:   $ 24,000

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information............ *none collected at this time*
    
    Alimony:            $_____
    Maintenance:        $_____
    Support:            $_____
    Divorce settlement: $_____
    Property settlement:$_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information............   $_____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value. ...
    Company name: New England Life
    Beneficiary: Jacquelyne Zoeder
    Surrender or refund value: $50,000+

    X_____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ☒ Yes. Give specific information.............. Indicated on Schedule A    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☒ Yes. Describe each claim.............. = see involuntary suits    $92,000,000±

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☒ Yes. Describe each claim. ..................    (we never included contributions double punto)    $_____

35. **Any financial assets you did not already list**
    ☐ No
    ☐ Yes. Give specific information............    $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................→ $92,541,300

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☐ Yes. Describe.......    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☒ Yes. Describe.......  Phones, Chairs, copiers, printer etc, desks, table, mirrors, file cabinets   $25,000±

Monica Helena Hujazi    13-36477

Item ㉝

# Claims

① Bank of America Contributory damages in excess of $35,000,000± to both Zuercken Family Trust Brownstone and myself personally LLP

② Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP
~~one~~ breach of duties etc to both Zuercken Family Trust and myself personally (lack of 1st party Insurance Claim) $20,000,000±
~~3~~ Kevin Singer, et, al

③ Bill Gardack (Johnathon Fried, Esq) Zuercken damages & filtered down Personal $2,000,000±

④ Win Win Alexanderia Union, LLC East West Bank, etc al insider note trading breach of standard of care with personal guarntees / contributory $20,000,000±
(combined with ~~Item~~ ② subject to BAP ruling)

⑤ City of Los Angeles REAP case lack of warrant case unconstitutional due processing damages to both trust and myself personally $10,000,000±

⑥ Zion Brownstone, LLC &
Cathey Bank, CBRE
(appraisal firm, negligence)
fraud, conspiracy
(contributory with BofA)  $35,000,000

⑦ Otto Müller, Art Shade, Mel Kohler
& Bianka McGuigin
damages Brownstone Lofts, LLC
2941 Forestview, LLC & myself
personally
(contributory to Brownstone LLC
along with Cathey Banks
$40,000,000±

⑧ Southern Cali Gas Company

overage charges  $10,000±
(class certification now won 2015)

⑨ Andrea Wisdom, Charles Mahler, Esq
Coldwell Banker, Residential (Sunset
Strip) etc all = unclean
hunds blockage of buyer

⑧ ~~damages~~

⑨ withhold of North Oxford Bright Horizon LLC funds failure to covert to Chap 11 & ! dismiss
(damages to Brownstone Lofts, LLC North Oxford Bright Horizons Zuercher Family Trust and myself)
(Re BAP Ruling)                $4,000,000±

⑩ Rockenfeller Partners Arbitrs $35,000,000±
(contributory)
(damages against Brownstone LLC
Bay Cities
and myself personally)
('contributory')

⑪ Monica Hujazi vs Sydney Lucutoff, etc al
(damages to my trust
Zuercher Family Trust - Brownstone Lofts
Helena Hujazi estate
2141 Forestview, LLC and
myself)                $2,800,000±

⑫ Sterling Heatley, etc al
~~Breached~~ of Fiduciary Duties
~~to~~ Fraud Inducement, ~~etc~~

$1,000,000
to 3,000,000

⑬ Law offices of Harold Greenberg, Esq
(see attached suit on claims) $1,000,000

⑭ Law offices of Allan Hyman, Esq
(failure to remove Sweeny recieven
upon settlement, breach of
oral contract, failure to
except unconstitutional conduct
by City of Los Angeles   $500,000+
  Zuercher Trust and my

⑮ Archway Construction & Vision
 San Francisco Conners, LLC
 Fraud Zuercher Family Trust)

$250,000
⑯ Micheal Gnoskey, Esq  $2,000,000+
failure to disclosure medical conditions offset
caused case of Hujazi Greenberg to be

Debtor 1 _____  Case number *(if known)*_____
         First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ☐ Yes. Describe.......  [_____]  $_____

41. **Inventory**
    ☐ No
    ☒ Yes. Describe....... Staplers, clips, paper, binders, folders, pens,  $ 750

42. **Interests in partnerships or joint ventures**
    ☐ No
    ☐ Yes. Describe.......
    Name of entity: In Schedule A          % of ownership:
    _____          _____ %    $_____
    _____          _____ %    $_____
    _____          _____ %    $_____

43. **Customer lists, mailing lists, or other compilations**
    ☒ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe........  [_____]   $_____

44. **Any business-related property you did not already list**
    ☒ No
    ☐ Yes. Give specific information .........
       _____   $_____
       _____   $_____
       _____   $_____
       _____   $_____
       _____   $_____
       _____   $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................................................................→  $ 25,750

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ☐ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    ☐ No
    ☐ Yes........................ [_____]  $_____

Debtor 1 _____ First Name   Middle Name   Last Name    Case number *(if known)*_____

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific information. .......... [                      ]  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes .................. [                      ]  $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes .................. [                      ]  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information. .......... [                      ]  $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** → $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☐ Yes. Give specific information. .......... [                      ]  $_____
                                                                           $_____
                                                                           $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** → $_____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ..................................................... → $ 102,400,000 + unknown section

56. Part 2: Total vehicles, line 5                      $ 27,200

57. Part 3: Total personal and household items, line 15  $ 317,900

58. Part 4: Total financial assets, line 36             $ 92,541,300

59. Part 5: Total business-related property, line 45    $ 25,750

60. Part 6: Total farm- and fishing-related property, line 52  $ N/A

61. Part 7: Total other property not listed, line 54   + $_____

62. **Total personal property.** Add lines 56 through 61. ...... $_____  Copy personal property total → + $ 92,912,150

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ............................................. $ 195,312,150

Case: 13-00087   Doc# 384-1  Filed 02/17/16  Entered 02/17/16 19:54:08  Page 12 of 0198

Official Form 106A/B    Schedule A/B: Property    page 10

# Fill in this information to identify your case:

Debtor 1: **Monica Helena Hujazi**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Northern** District of **California**

Case number (If known): **13-30477**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own — Copy the value from Schedule A/B | Amount of the exemption you claim — Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2141 Forestview Hillsborough CA** — Line from Schedule A/B: ___ | $ **5,000,000** | $ **100,000** ☒ 100% of fair market value, up to any applicable statutory limit | **Unk** |
| Brief description: **auto** — Line from Schedule A/B: ___ | $ ___ | ☐ $ **up to max** ☐ 100% of fair market value, up to any applicable statutory limit | **unk** |
| Brief description: **Household furnitures etc** — Line from Schedule A/B: ___ | $ ___ | ☐ $ **up to max** ☐ 100% of fair market value, up to any applicable statutory limit | **unk** |

3. Are you claiming a homestead exemption of more than $155,675?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of __

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Repair improvements<br>Line from Schedule A/B: | $ | ☐ $ max<br>☐ 100% of fair market value, up to any applicable statutory limit | unk |
| Brief description: Jewelery<br>Line from Schedule A/B: | $ | ☐ $ max<br>☐ 100% of fair market value, up to any applicable statutory limit | unk |
| Brief description: personal property for business<br>Line from Schedule A/B: | $ | ☐ $ max<br>☐ 100% of fair market value, up to any applicable statutory limit | unk |
| Brief description: life insurance<br>Line from Schedule A/B: | $ | ☒ $ max<br>☐ 100% of fair market value, up to any applicable statutory limit | unk |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

# Fill in this information to identify your case:

Debtor 1: **Monica Hellena Hujazi**
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the **Northern** District of **California**
Case number (If known): **13-30477**

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim | Column B: Value of collateral | Column C: Unsecured portion |
|---|---|---|---|

**2.1** Creditor's Name: **Bank of America**
Number/Street: _____
City/State/ZIP: _____

Describe the property that secures the claim: **3207 Mission St, San Francisco CA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ **1,772,095**  $ **5,700,000** **$600,000** (disputed carve out pending malfeasance conduct)

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **still pending**

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another **San Francisco Corp**
☐ Check if this claim relates to a community debt

Date debt was incurred: **2005**    Last 4 digits of account number: **N/A**
* carve out from malfeasance

**2.2** Creditor's Name: **Wells Fargo Bank**
Number/Street: **PO Box 14411**
City/State/ZIP: **Des Moines, IA 50306**

Describe the property that secures the claim: **1016 San Raymundo Road, Hillsborough**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **340,000**  $ **4,100,000**

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: _____    Last 4 digits of account number: _____

Add the dollar value of your entries in Column A on this page. Write that number here: **2,112,095**

| Debtor 1 | _____ _____ _____ | Case number (if known) _____ |
| First Name | Middle Name | Last Name |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

2.3 
Creditor's Name: Sequoia Mortgage
Number/Street: P.O. Box 1114 Irwin St
City: San Rafael, State: CA

Describe the property that secures the claim:
2400 Bayshore Blvd
San Francisco, CA

$ 1,235,000   $ 5,800,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number __ __ __ __

2.4
Creditor's Name: Sequoia Mortgage
Number/Street: P.O. Box 1114 Irwin St
City: San Rafael, State: CA

Describe the property that secures the claim:
376 Ellis Street
San Francisco

$ 1,300,000   $ 4,600,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number __ __ __ __

2.5
Creditor's Name: Win Win Alexandria LP
c/o Mark Rosenbaum
Number/Street: 11400 Olympic Bl
City: Los Angeles, State: Calif, ZIP: 90064

Describe the property that secures the claim:
1641 N Alexandria

$ 3,900,000   $ 9,800,000

(disputed in BAP claw firm represented Zwichen trust & myself)

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number __ __ __ __

Add the dollar value of your entries in Column A on this page. Write that number here: $ 6,435,000

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Case: 18-30088 Doc# 384-1 Filed: 02/17/16 Entered: 02/25/13 12:54:08 Page 16 of 98

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

**Part 1: Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.6** Win Win
c/o Mark Rosenbaum
11400 Olympic Bl
Los Angeles, CA 90064

Describe the property that secures the claim:
621 South Union Los Angeles

$860,000    $10,600,000

(disputed in BAP) law firm represented Zuercher Trust & myself

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) unconstitutional REAP conduct viol of due process Noteholder Rep. aware of such ruling

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.7** Michael Joseph Trust
197 Post St
Suite
San Francisco CA 94108

Describe the property that secures the claim:

$350,000    $500,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.8** East West Bank
135 N Los Robles Ave
Pasadena CA 91101

Describe the property that secures the claim:
4 unit condo conversion

$560,000    $1,200,000
permits in process

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$2,770,000**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: _____

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

☐ Creditor's Name: **Cathay Bank**
Number Street: **43 E Valley Blvd**
City State ZIP Code: **Alhambra CA**

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Significant**
**suit pending on title damages**

$ **11,200,000±**   $ **35,000,000±**

**(disputed in state court malfeasance, inside trading with CEO of Appraisal firm)**

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

☐ Creditor's Name: **First Foundation**
Number Street: **18101 Von Karman Ave Suite 700**
City State ZIP Code: **Irvine, CA 92612**

Describe the property that secures the claim: **main Residence + office cottage**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

$ **1,890,000**   $ **5,000,000**

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

☐ Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

$ _____  $ _____  $ _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **13,090,000**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: $ **24,409,095**

Debtor 1 _____
        First Name    Middle Name    Last Name

Case number (if known)_____

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number    Street _____
_____
City                State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

Case: 13-00088    Doc# 384-1    Filed: 02/08/17/16    Entered: 02/08/17/16 13:54:08    Page 19 of 98

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___