# EXHIBIT "4"

# EXHIBIT "4"

**Fill in this information to identify your case:**

Debtor 1 _Monica Helena Hijazi_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the _Northern_ District of _California_

Case number _13-30477_
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** _Franchise Tax Board_
Priority Creditor's Name

_PO Box   942857_
Number          Street

_Sacramento   CA   94257_
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __   $ _3000_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ _unknown_

**2.2** _Internal Revenue Service_
Priority Creditor's Name

_4330 Watt Ave   #100_
Number          Street

_Sacramento   CA   95821_
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __   $ _unknown_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ _____

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of ___

Debtor 1 __Monica Helena Hujazi__  Case number (if known) __13 - 30 477__
First Name   Middle Name   Last Name

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.3** SF Water + Power
Priority Creditor's Name

PO Box 7369
Number   Street

San Francisco CA 94120
City   State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _unknown_ Sterling Heathy was paying bills during this period 376 Ellis St

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____  Priority $_____  Nonpriority $10,000

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __Utilities__

**Is the claim subject to offset?**

☐ No
☑ Yes  (Commercial tenant puntially liable

---

**2.4** AT and T
Priority Creditor's Name

PO Box 6463
Number   Street

Carol Stream IL 60197
City   State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____  Priority $_____  Nonpriority $220

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __telephone__

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.5** George P. Eghoo
Priority Creditor's Name

702 Marshall St. #500
Number   Street

Redwood City CA 94063
City   State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____  Priority $_____  Nonpriority Various COR PS amount unknown

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __Legal__

**Is the claim subject to offset?**

☐ No
☑ Yes

| Debtor 1 | Monica Helena Hajaiz | Case number (if known) | 13 - 30 477 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.6** Treasurer + Tax Collector
Priority Creditor's Name
County of San Francisco
Number        Street
1 Carlton B. Goodlett Pl Rm 140
City  San Francisco  CA  94102
State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☑ Yes

$_____  $_____  $24,000+

Coven assessment 376 Ellis st San Francisco

**2.7** Comcast
Priority Creditor's Name
330 W. 20th Ave
Number        Street
San Mateo CA 94403
City  State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____ Utilities

Is the claim subject to offset?
☑ No
☐ Yes

$_____  $_____  $550+

**2.8** Recology + Golden Gate
Priority Creditor's Name
250 Executive Park Blvd #2100
Number        Street
San Francisco  CA  94134
City  State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____ Trash Collection

Is the claim subject to offset?
☐ No
☐ Yes

$_____  $_____  $3,000+

Various corps (Sterling Health paying) in charge of 2400 Buchanan 376 Ellis st San Francisco 2012/2013

Debtor 1 _Monica Helena Hujazi_
First Name   Middle Name   Last Name

Case number (if known) _13 - 30477_

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3** _Harold Greenberg_
Priority Creditor's Name
_2263 S. Harvard Blvd_
Number   Street
_Los Angeles   CA   90018_
City   State   ZIP Code

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____  $ _____  $ 642,000

(primarily Zwicken Family Trust server)

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Legal_

**Is the claim subject to offset?**
☐ No
☑ Yes  _(see attach suit (Hujazi vs Greenberg) in Involuntary petition_

**2.4** _Bianca McGuigan_
Priority Creditor's Name
_1816 Hemlock Ave._
Number   Street
_San Mateo   CA   94401_
City   State   ZIP Code

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____  $ _____  $ 4,000

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Brownstone Lofts Review Helena Hujazi estate_

**Is the claim subject to offset?**
☐ No
☑ Yes  _(Creditone by sum of all Numbers)_

**2.5** _Recoverex Corp_
Priority Creditor's Name
_400 Montgomery St #600_
Number   Street
_San Francisco   CA   94104_
City   State   ZIP Code

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____  $ _____  $ 634,000

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Refer to suit_

**Is the claim subject to offset?**
☐ No
☑ Yes  _(Hujazi vs Luscutoff, et al) San Francisco_

| Debtor | Monica Helena Hijazi |
|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of CA.

Case number  13-30477
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Name** I PFS Corp <br> **Number** **Street** 1001 Winstead Drive <br> **City** Carey **State** NC **ZIP Code** 27513 | Insurance |
| 2.2 | **Name** Ahmed Hussein <br> **Number** **Street** Geary Blvd <br> **City** San Francisco **State** **ZIP Code** | Consultation Services to correct Andrew Calmans et al fraud work 376 Elliss St Sun Francisco |
| 2.3 | **Name** <br> **Number** **Street** <br> **City** **State** **ZIP Code** | |
| 2.4 | **Name** <br> **Number** **Street** <br> **City** **State** **ZIP Code** | |
| 2.5 | **Name** <br> **Number** **Street** <br> **City** **State** **ZIP Code** | |

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

2.2
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

2._
Name
Number    Street
City        State    ZIP Code

Official Form 106G        Schedule G: Executory Contracts and Unexpired Leases        page ___ of ___

Fill in this information to identify your case:

Debtor 1 _Monica_ _Helena_ _Hujazi_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _Northern_ District of _Calif_

Case number _13-304-77_
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☒ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No   _N/A_
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                    State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   Column 1: Your codebtor

   Column 2: The creditor to whom you owe the debt

   Check all schedules that apply:

   **3.1** _Sterling_ _Heatley_
   Name _2269 Chestnut Street_
   Number   Street
   _San Francisco, Calif_
   City              State        ZIP Code

   ☐ Schedule D, line _2.3_
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2**
   _____
   Name
   _____
   Number   Street
   _____
   City              State        ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3**
   _____
   Name
   _____
   Number   Street
   _____
   City              State        ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

| Debtor 1 | | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Case: 13-00033   Doc# 381-2 Filed: 12/08/17 16 Entered: 12/25/16 12:54:08 Page 9 of 21

**Fill in this information to identify your case:**

Debtor 1 _Monica Helena Hujazi_
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Northern_ District of _California_

Case number _13-30477_
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | _Real Property Investor & related_ | |
| Employer's name | _Self_ | |
| Employer's address | _911 N Amphlett_ | |
| | Number  Street | Number  Street |
| | _San Mateo, CA_ | |
| | City  State  ZIP Code | City  State  ZIP Code |
| How long employed there? | _____ | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _Various_ | $ _20,000+ month from properties_ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ _____ | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ _____ | $ _____ |

Official Form 106I

Schedule I: Your Income

page 1

Debtor 1 *Monica Helena Hugez*     Case number *(if known)* **13-30477**

First Name   Middle Name   Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here................................................ → 4. | $_____ | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions. Specify:** _____ | 5h. | + $_____ | + $_____ |

| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____ | $_____ |

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

*See Attached Exhibits*

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | | $_____ | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. **Social Security** | 8e. | $_____ | $_____ |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h. **Other monthly income. Specify:** *Draws from estate* | 8h. | + $ *VARIES* | + $_____ |

*month*
*$68,000+*
*(unknown for Alexandria & Denver)*

| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $_____ | + $_____ | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $_____ | + $_____ | = $_____ |

**11. State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11. + $_____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.   $_____

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

*"National"*   *clause presented to trustee*   *$97,000/month*

☐ No.

☒ Yes. Explain: *"Master" clause*   *Alexandria, LA*   _____ *Rutted Progression*

Exhibit 1 (a)

## SF Corners LLC
## Profit and Loss
## Jan-Dec 2013

| | |
|---|---:|
| Utilities (Water & Power) | 8,359.67 |
| **Total .Direct Expense** | 29,872.53 |
| | |
| L&P-Legal & Professional | 1,875.00 |
| **Taxes** | |
| City Taxes | 513.32 |
| **Total Taxes** | 513.32 |
| | |
| **Total Expense** | 32,260.85 |
| | |
| **Net Ordinary Income** | 300,711.91 |
| | |
| **Other Income/Expense** | |
| **Other Expense** | |
| Penalties & Interest | 232.83 |
| **Total Other Expense** | 232.83 |
| | |
| **Net Other Income** | -232.83 |
| | |
| **Net Income** | 300,479.08 |


Exhibit ( 1 b )

**SF Corners LLC**
**Profit and Loss**
**Jan-Dec 2013**

| | |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| misc. income | 50.00 |
| .Rental Income | |
| .BCP | |
| .Mission | |
| M01 | 10,497.74 |
| M02 | 16,565.00 |
| M03 | 17,684.40 |
| M04 | 19,596.36 |
| M05 | 21,475.46 |
| M06 | 20,579.50 |
| M07 | 20,007.50 |
| M08 | 18,635.00 |
| M09 | 6,434.37 |
| M10 | 10,401.15 |
| M3201 | 142,756.80 |
| **Total .Mission** | 304,633.28 |
| | |
| **Total .BCP** | 304,633.28 |
| | |
| .Rental Income - Other | 14,092.00 |
| **Total .Rental Income** | 318,725.28 |
| | |
| LFI-Late Fee Income | 75.00 |
| **Rent Income** | 14,122.48 |
| **Total Income** | 332,972.76 |
| | |
| **Gross Profit** | 332,972.76 |
| | |
| **Expense** | |
| .Direct Expense | |
| Cleaning & Maintenance | 230.00 |
| Commission Expense | 459.00 |
| Garbage/Trash | 3,638.70 |
| Inspections/Fees/etc. | 730.00 |
| Management Fees | 205.74 |
| Property Tax | 6,530.53 |
| Repair & Maintenance | |
| RLabor & Misc Maintenance | 2,483.06 |
| RPlumbing | 2,077.27 |
| RSupplies | 818.56 |
| RUnit Maintenance | 4,100.00 |
| Repair & Maintenance - Oth‹ | 240.00 |
| **Total Repair & Maintenance** | 9,718.89 |

Exhibit ( 1C )

# 376 ELLIS STREET LLC
## Profit & Loss
### January through December 2013

| | Jan - Dec 13 |
|---|---|
| Professional Fees | 12,187.50 |
| Property Management Fees | 549.88 |
| Reimbursement-gas/supplies etc | 1,830.25 |
| Rent Expense | 0.00 |
| Repairs and Maintenance | |
|    Cleaning | 1,383.50 |
|    Elevator Repair | 4,296.00 |
|    Fire Protection | 943.75 |
|    Flooring - Hardwood/Carpet | 177.21 |
|    Keys/Locks | 3,369.03 |
|    Plumbing | 5,929.01 |
|    Repairs and Maintenance - Other | 37,106.54 |
| Total Repairs and Maintenance | 53,205.04 |
| Telephone Expense | 5,820.35 |
| Utilities | |
|    Garbage/Trash | 10,166.55 |
|    PG&E | 18,824.51 |
|    Water | 15,705.25 |
| Total Utilities | 44,696.31 |
| Total Expense | 178,666.28 |
| Net Ordinary Income | 158,066.61 |
| Other Income/Expense | |
|   Other Expense | |
|    Suspense | 1,846.00 |
| Total Other Expense | 1,846.00 |
| Net Other Income | -1,846.00 |
| Net Income | 156,220.61 |

Exhibit (1d)

Case: 13-00033   Doc# 384-2 Filed: 02/17/16 Entered: 02/17/16 12:54:08 Page 15 of 21

# UPTOWN STERLING TOWERS LLC
## 1921-1925 Martin Luther King Jr. Way
Phone (650) 685-8555
Fax (650) 685-8558

| Unit | Type | Move-in Date | Tenant Name | Lease Amount | Actual Rent |
|---|---|---|---|---|---|
| 1921 | Commercial | | EMPTY/VACANT | $ 5,000.00 | $ - |
| 1923 | Commercial | | EMPTY/VACANT | $ 5,000.00 | $ - |
| 1 | 1 Bedroom | 11/15/2013 | Tara Smith | $ 1,595.00 | $ 1,595.00 |
| 2 | 1 Bedroom | 7/1/2013 | Clay Larner | $ - | $ - |
| 3 | Bachelor | Mar-14 | Larry Oladoja | $ 895.00 | $ 895.00 |
| 4 | Bachelor | 4/5/2013 | Nasri and Dominika Ayed | $ 795.00 | $ 795.00 |
| 0 | Bachelor | 10/02/13 | Scott Walz | $ 895.00 | $ 895.00 |
| 6 | Bachelor | 02/01/14 | Estevan Sanchez &Ryan | $ 895.00 | $ 895.00 |
| 7 | 1 Bedroom | 12/01/13 | Nathaniel Becker & John Gregory | $ 1,595.00 | $ 1,595.00 |
| 8 | 1 Bedroom | | EMPTY/VACANT | $ 1,595.00 | $ - |
| 9 | Studio - Jr | 03/01/13 | EMPTY/VACANT | $ 1,595.00 | $ - |
| 10 | Studio - Sr | 12/20/13 | Max & Lisa Abramon | $ 1,295.00 | $ 1,295.00 |
| 11 | 1 Bedroom | 08/06/13 | Jeremy C Adrian & Masayo ShinoHaro | $ 1,295.00 | $ 1,295.00 |
| 12 | 1 Bedroom | 07/01/11 | Rosanna Mcguire | $ 1,500.00 | $ 1,500.00 |
| 13 | Bachelor | 11/15/13 | Larry Leroy | $ 1,195.00 | $ 1,195.00 |
| 14 | Bachelor | 11/15/13 | Fortune Sitole | $ 895.00 | $ 895.00 |
| 15 | Bachelor | 02/01/14 | Rachel Terry | $ 895.00 | $ 895.00 |
| 16 | Bachelor | | Mario Cascarjo | $ 895.00 | $ 895.00 |
| 17 | 1 Bedroom | 04/15/12 | Peter Grayson | $ 995.00 | $ 895.00 |
| 18 | 1 Bedroom | 07/20/13 | Brandy Kennedy | $ 1,195.00 | $ 1,195.00 |
| 19 | Studio - Jr | 06/16/12 | Tracy Day & Timothy George | $ 1,425.00 | $ 1,425.00 |
| 20 | Studio - Sr | 08/05/13 | David and Chireeh Wehr | $ 995.00 | $ 995.00 |
| 21 | 1 Bedroom | 08/17/13 | Sue Ferrer and Samuel Ferrer (Minor) | $ 1,295.00 | $ 1,295.00 |
| 22 | 1 Bedroom | | EMPTY/VACANT | $ 1,595.00 | $ - |
| 23 | Bachelor | 10/15/13 | MARGAUX CORLA | $ 895.00 | $ - |
| 24 | Bachelor | 02/01/14 | Christopher Crawford | $ 895.00 | $ 895.00 |
| 25 | Bachelor | 11/01/13 | Jefferey Karl & David Kelley | $ 895.00 | $ 895.00 |
| 26 | Bachelor | 12/09/13 | Sheena Barker & Derrick Taylor | $ 895.00 | $ 895.00 |
| 27 | 1 Bedroom | 09/01/12 | Michael Notas | $ 895.00 | $ 895.00 |
| 28 | 1 Bedroom | 10/01/12 | Mark Manuel and Angelene Timorene | $ 1,500.00 | $ 1,500.00 |
| 29 | Studio - Jr | 02/01/14 | Tim Rodriguez | $ 1,595.00 | $ 1,595.00 |
| 30 | Studio - Sr | 03/01/12 | Joseph Gallardo | $ 1,295.00 | $ 995.00 |
| | | | | $ 42,700.00 | $ 31,005.00 |

**Fill in this information to identify your case:**

Debtor 1 _Monica_ _Helena_ _Hijazi_
First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the _Northern_ District of _California_

Case number _13 - 30477_
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _Sterling Hartly_ | | ☒ No ☐ Yes |
   | _Co borrower_ | | ☐ No ☐ Yes |
   | _____ | | ☐ No ☐ Yes |
   | _____ | | ☐ No ☐ Yes |
   | _____ | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ _13,300± PIT_

   If not included in line 4:

   4a. Real estate taxes     4a. $ _____

   4b. Property, homeowner's, or renter's insurance     4b. $ _____

   4c. Home maintenance, repair, and upkeep expenses     4c. $ _____

   4d. Homeowner's association or condominium dues     4d. $ _____

Case: 13-30477   Doc# 384-2   Filed: 12/21/16   Entered: 12/21/16 12:54:08   Page 16 of 22

|  | Your expenses |
|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $_____

6. **Utilities:**
   6a. Electricity, heat, natural gas   6a. $ 600±
   6b. Water, sewer, garbage collection   6b. $ 200±
   6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $ 280
   6d. Other. Specify: _____   6d. $_____

7. **Food and housekeeping supplies**   7. $ 800

8. **Childcare and children's education costs**   8. $ 1,200

9. **Clothing, laundry, and dry cleaning**   9. $_____

10. **Personal care products and services**   10. $_____

11. **Medical and dental expenses**   11. $ Various $500+

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.   12. $ 600+

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $_____

14. **Charitable contributions and religious donations**   14. $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance   15a. $_____
    15b. Health insurance   15b. $_____
    15c. Vehicle insurance   15c. $ 600±
    15d. Other insurance. Specify:_____   15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16. $_____

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1   17a. $ N/A none
    17b. Car payments for Vehicle 2   17b. $_____
    17c. Other. Specify:_____   17c. $_____
    17d. Other. Specify:_____   17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I).   18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify: My aunts varies [mother some
    Medical plus legal   19. $_____

20. **Other real property expenses** not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property   20a. $_____
    20b. Real estate taxes   20b. $_____
    20c. Property, homeowner's, or renter's insurance   20c. $_____
    20d. Maintenance, repair, and upkeep expenses   20d. $_____
    20e. Homeowner's association or condominium dues   20e. $_____

21.  **Other**. Specify: _____    21.   **+$**_____

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                22a.  $_____

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $_____

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $_____

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  $_____

    23b.  Copy your monthly expenses from line 22c above.    23b.  **−$**_____

    23c.  Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.    23c.  $ _18,080_

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ **No.**
    ☐ **Yes.**    Explain here:

Fill in this information to identify your case:

Debtor 1 _____
First Name                    Middle Name                    Last Name

Debtor 2 _____
(Spouse, if filing)    First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2          12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |

1. Do you and Debtor 1 maintain separate households?

   ☒ No. Do not complete this form.
   ☐ Yes

2. Do you have dependents?

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   | | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   ☐ No
   ☐ Yes. Fill out this information for each dependent..........................

   *Co borrower*            ☒ No
                            ☐ Yes

   *Sterling Hartley*       ☐ No
                            ☐ Yes

                            ☐ No
                            ☐ Yes

                            ☐ No
                            ☐ Yes

                            ☐ No
                            ☐ Yes

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

   ☐ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

*unknown*
Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $_____

   If not included in line 4:

   4a. Real estate taxes                                          4a. $_____

   4b. Property, homeowner's, or renter's insurance              4b. $_____

   4c. Home maintenance, repair, and upkeep expenses             4c. $_____

   4d. Homeowner's association or condominium dues               4d. $_____

Official Form 106J-2          Schedule J-2: Expenses for Separate Household of Debtor 2          page 1

| Debtor 1 | | | Case number (if known)_____ |

|  | First Name | Middle Name | Last Name |

| | | Your expenses |

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas  6a. $_____

   6b.  Water, sewer, garbage collection  6b. $_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services  6c. $_____

   6d.  Other. Specify: _____  6d. $_____

7. **Food and housekeeping supplies**  7. $_____

8. **Childcare and children's education costs**  8. $_____

9. **Clothing, laundry, and dry cleaning**  9. $_____

10. **Personal care products and services**  10. $_____

11. **Medical and dental expenses**  11. $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.  12. $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $_____

14. **Charitable contributions and religious donations**  14. $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance  15a. $_____

   15b.  Health insurance  15b. $_____

   15c.  Vehicle insurance  15c. $_____

   15d.  Other insurance. Specify:_____  15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  16. $_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1  17a. $_____

   17b.  Car payments for Vehicle 2  17b. $_____

   17c.  Other. Specify:_____  17c. $_____

   17d.  Other. Specify:_____  17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**  18. $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____  19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.  Mortgages on other property  20a. $_____

   20b.  Real estate taxes  20b. $_____

   20c.  Property, homeowner's, or renter's insurance  20c. $_____

   20d.  Maintenance, repair, and upkeep expenses  20d. $_____

   20e.  Homeowner's association or condominium dues  20e. $_____

Case: 13-00037   Doc# 354-2 Filed: 08/17/16 Entered: 08/17/16 13:54:08 Page 20 of 21

21.  **Other.** Specify: _____          21.    +$_____

22.  **Your monthly expenses.** Add lines 5 through 21.
     The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the
     total expenses for Debtor 1 and Debtor 2.                   22.    $_____

23.  Line not used on this form.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☐ Yes.    Explain here:

Case: 13-00033     Doc# 384-2 Filed: 02/16/18    Entered: 02/27/18 09:54:08    Page 21
                                                 of 21

Fill in this information to identify your case:

Debtor 1    Monica   Hyam
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Calis

Case number   13-30477
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _Monica Hyam_          ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date  Jun 20, 2016          Date _____
    MM / DD / YYYY                    MM / DD / YYYY