# EXHIBIT "7"

# EXHIBIT "7"


# EASTWEST BANK

## OUTGOING WIRE FUNDS TRANSFER REQUEST

| Date of Wire: ~~03/06/2013~~ 03|07|13 | WIRE AMOUNT/SOURCE | |
|---|---|---|

| **SELECT ONE** WIRE DESTINATION/CURRENCY TYPE * | AMOUNT TO WIRE * | REPETITIVE WIRE ID # * |
|---|---|---|
| ☒ DOMESTIC WIRE (U.S. Dollars) <br> ☐ INTERNATIONAL WIRE _____ <br> _Indicate Currency Type_ | $ | NOTE: For Repetitive Wires, where instructions are on file with Bank, complete ONLY those fields with an asterisk * |

Provide amount in the "Currency Type" indicated

| FOREIGN CURRENCY EXCHANGE RATE SOURCE (If Applicable) | ACCOUNT NUMBER / SOURCE OF FUNDS * |
|---|---|
| ☐ If OVER US $25,000 equivalent contact 1-(888) 819-8883 for a rate quote ☾ | |
| Rate Source:   ☐ RATE SHEET   ☐ FX DESK | ☒ W/D FROM ACCOUNT #: |
| FX Rate: _____ Value Date: _____ | ☐ CASH - Credited by Branch to GL 242830/cc 510 |
| Quoted By: _____ USD Equivalent $: _____ | (Prior Risk & Operations approval required if over branch limit) |
| _(Trader's Name)_ | ☐ CHECK - Credited by Branch to GL 242830/cc 510 |
| Reference #: | (Prior Risk Management approval required if over branch limit) |

### ORIGINATOR INFORMATION *

| ORIGINATOR'S NAME * | ORIGINATOR'S CONTACT PHONE NUMBER * |
|---|---|
| Sf Corners LLC | 650-346-4408 |

### PAYMENT INSTRUCTIONS

| WIRE TO RECEIVING BANK'S NAME | CREDIT TO ACCOUNT NAME |
|---|---|
| Citibank | Manhattan Leasing Enterprises Ltd. |

| RECEIVING BANK'S ADDRESS | CREDIT TO ACCOUNT NUMBER |
|---|---|
| New York, NY 10043 | |
| | International Wires ONLY: ☐ check here ONLY if this is a USD account |
| | FURTHER CREDIT TO ACCOUNT NUMBER (If Applicable) |
| (If foreign bank address, please include both CITY and COUNTRY information.) | |

| RECEIVING BANK'S ABA (for domestic) or SWIFT Number (for international) | FURTHER CREDIT TO ACCOUNT NAME (If Applicable) |
|---|---|
| 021000089 | |

| MESSAGE OR REFERENCE * | RECIPIENT'S NAME, ADDRESS, PHONE NUMBER |
|---|---|
| | |

### ORIGINATOR'S AUTHORIZATION *

By Signing below, I agree to the terms accompanying this form. *

| (Originator's Signature) | (Date) | (Originator's Signature) | (Date) |
|---|---|---|---|

### ☉ BANK USE ☉

| ORIGINATOR'S ID and TIN INFORMATION* | REQUEST TYPE / CALLBACK RESULTS | |
|---|---|---|
| ☒ Driver's License  ☐ Passport  ☐ Green Card | ☒ In Person  ☐ Letter (Attached)  ☐ Phone*  ☐ FAX*  ☐ E-Mail* ⇨ | * Phone / FAX / E-Mail Requests - 1.) MUST adhere to Bank callback requirements; and 2.) MUST have a Funds Transfer Designation and Authorization (FTA) on file. If NO FTA is on file, the request must be approved by the Branch Manager (up to $200,000) OR Risk & Operations (if over $200,000)! |
| ☐ Other: _____ | No FTA Form - Approval By: _____ <br> (Printed Name - approving Branch Manager or Risk & Operations Employee.) | |
| Issued By: CA | ☐ Callback Completed w/Auth Customer  ☐ No Callback (FTA Waiver) | |
| Serial Number: N 9524 507 | Authorized Customer's Name: _____ | FEE AMOUNT |
| Tax ID Number: 45-3841451 | Callback/FTA Verified By: _____ <br> (Printed Name & Initials - employee who completed callback or verified FTA waiver.) | $ 25.00 |

| BRANCH/DEPARTMENT USE ONLY | | | | WIRE DEPARTMENT USE ONLY |
|---|---|---|---|---|
| INSTRUCTIONS ACCEPTED BY (Printed Name & Signature) | | Dept./Branch Name or # | | WIRED BY (Printed Name & Signature) |
| Selena Jiang | | | | |
| Date Accepted | Time Accepted | Test Key Reference Number | Test Key Result Number | VERIFIED BY (Printed Name) |
| 3/7/13 | 12:18 ☐A.M. ☒P.M. | | | |
| SUPERVISOR/AUTHORIZED EMPLOYEE APPROVAL (2nd signature required if over limit) <br> (Verification of request form, cust. ID, payment method, request type and customer's authority as an authorized account signer.) | | | | CALLBACK VERIFICATION BY (Printed Name) |
| | | | | (Verified With – Printed Name)  DATE WIRE EXECUTED |
| Approval Signature | | "Over Limit" Approval Signature (as required by policy) | | |
| Printed Name REQUIRED | | Printed Name REQUIRED | | |