# EXHIBIT "8"

# EXHIBIT "8"

