# EXHIBIT "9"

# EXHIBIT "9"

# COUNTY OF SAN MATEO
## REDWOOD CITY, CALIFORNIA



**CERTIFICATE OF LIVE BIRTH — STATE OF CALIFORNIA — USE BLACK INK ONLY**

STATE FILE NUMBER: 1199741   LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 001482

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD — FIRST (GIVEN): Jacqueline | 1B. MIDDLE: Marie | 1C. LAST (FAMILY): Zuercher |
| | 2. SEX: Female | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: Single | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: - |
| | 4A. DATE OF BIRTH — MM/DD/CCYY: 04/02/1997 | 4B. HOUR — (24 HOUR CLOCK TIME): 2009 | |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: Mills-Peninsula Health Services | 5B. STREET ADDRESS: 1783 El Camino Real | |
| | 5C. CITY: Burlingame | 5D. COUNTY: San Mateo | 5E. PLANNED PLACE OF BIRTH: Hospital |
| **FATHER OF CHILD** | 6A. NAME OF FATHER — FIRST (GIVEN): - | 6B. MIDDLE: - | 6C. LAST (FAMILY): - |
| | 7. STATE OF BIRTH: - | 8. DATE OF BIRTH: - | |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER — FIRST (GIVEN): Monica | 9B. MIDDLE: Helena | 9C. LAST (MAIDEN): Hujazi |
| | 10. STATE OF BIRTH: CA | 11. DATE OF BIRTH: 05/06/1961 | |
| **PARENT'S CERTIFICATION** | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: Monica Hujazi | 12B. RELATIONSHIP TO CHILD: Mother | 12C. DATE SIGNED: 04/04/1997 |
| **CERTIFICATION OF BIRTH** | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE | 13B. LICENSE NUMBER: G048640 | 13C. DATE SIGNED: 04/04/1997 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: Leslie Drummond-Hay, M.D., 1828 El Camino Real, #705, Burlingame, | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: - | |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH: - | 15B. STATE FILE NO.: - | 16. LOCAL REGISTRAR SIGNATURE |
| | 17. DATE ACCEPTED FOR REGISTRATION: 04/08/1997 | | |

192359

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SAN MATEO }

DATE ISSUED: JAN 13 2000

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Mateo County Assessor-County Clerk-Recorder

WARREN SLOCUM
Assessor-County Clerk-Recorder
San Mateo County



Case: 17-03088   Doc# 1-10   Filed: 12/18/17   Entered: 12/18/17 18:29:47   Page 2 of 2