# EXHIBIT "10"

# EXHIBIT "10"

```
                D M V   V E H I C L E   R E G I S T R A T I O N   I N F O R M A T I O N                    00147

                                                                              N1170    PAGE: 01

        OIS PUBLIC / COMMERCIAL OPS              LIST DATE: 08/16/17
        CASUAL REQUESTS / VR                     ATTN: IA
        PO BX 944247                             INFO CODE: 3        H
        SACRAMENTO, CA 942442470

DATE/TIME OF RESPONSE: 08/16/17 13:40
LIC/VIN: 5ZYZ696

PNO VALID FROM: 05/13/10
REG VALID FROM: 00/00/00 TO 03/02/10
LIC#:5ZYZ696 YRMD:06 MAKE:MERZ BTM :CP
VIN :WDDAJ76FX6M001024
SOLD:00/00/06 CLAS:MA *-YR:07
TYPE:11 VEH :12 BODY:0 POWR:G LOCD:8
```



```
R/O HISTORY:

PURCHASE/APPLICATION: 00/00/00
OWNER ISS: 04/27/06 REG ISS: 04/17/06
PRIOR R/O:COURTLANDT D GROSS REV TR, TRST, GROSS COURTLANDT D TRSTEE

CITY:

PURCHASE/APPLICATION: 08/03/06
OWNER ISS: 10/27/06 REG ISS: 10/17/06
PRIOR R/O:CURTIS BRET,
CITY:

PURCHASE/APPLICATION: 01/04/07
OWNER ISS: 01/20/07 REG ISS: 01/10/07
PRIOR R/O:BEVERLY HILLS HI LINE INC,
CITY:

CURRENT OWNER:

PURCHASE/APPLICATION: 09/19/07
OWNER ISS: 10/14/07
REG ISS: 06/01/09
R/O :MANHATTAN LSG ENT LTD LSR, HUJAZI MONICA LSE,
CITY:            C.C.:     ZIP :

RELEASE OF LIABILITY (138)

SOLD ON 05/16/13 RECEIPT DATE 05/28/13
BUYER: HUJAZI MONICA,
CITY:                SELLER:SAME AS R/O ON FILE


REC STATUS:
05/06/08 SMOG DUE 03/02/12
05/02/08 MA CLASS VEHICLE VALUE: 0355000
10/04/07 PREV LIC 5XJL030
PNO-REGISTRATION DEFERRED
```

DATE/TIME OF RESPONSE: 08/16/17 13:40
LIC/VIN: 5ZYZ696

09/19/2007-ODOMETER:     3,669 MILES ACTUAL MILEAGE
END OF DATA



```
                D M V   VEHICLE   REGISTRATION   INFORMATION                    00100

                                                            N1170    PAGE: 01

            OIS PUBLIC / COMMERCIAL OPS              LIST DATE: 08/09/17
            CASUAL REQUESTS / VR                     ATTN: AT
            PO BX 944247                             INFO CODE: 3     H  56
            SACRAMENTO, CA 942442470

DATE/TIME OF RESPONSE: 08/09/17 13:57
LIC/VIN: WDDAJ76FX6M001024

PNO VALID FROM: 05/13/10
REG VALID FROM: 00/00/00 TO 03/02/10
LIC#:5ZYZ696 YRMD:06 MAKE:MERZ BTM :CP
VIN :WDDAJ76FX6M001024
SOLD:00/00/06 CLAS:MA *-YR:07
TYPE:11 VEH :12 BODY:0 POWR:G LOCD:8



R/O HISTORY:

PURCHASE/APPLICATION: 00/00/00
OWNER ISS: 04/27/06 REG ISS: 04/17/06
PRIOR R/O:COURTLANDT D GROSS REV TR, TRST, GROSS COURTLANDT D TRSTEE

CITY:

PURCHASE/APPLICATION: 08/03/06
OWNER ISS: 10/27/06 REG ISS: 10/17/06
PRIOR R/O:CURTIS BRET,
CITY:

PURCHASE/APPLICATION: 01/04/07
OWNER ISS: 01/20/07 REG ISS: 01/10/07
PRIOR R/O:BEVERLY HILLS HI LINE INC,
CITY:

CURRENT OWNER:

PURCHASE/APPLICATION: 09/19/07
OWNER ISS: 10/14/07
REG ISS: 06/01/09
R/O :MANHATTAN LSG ENT LTD LSR, HUJAZI MONICA LSE,
CITY:           C.C.:    ZIP :

RELEASE OF LIABILITY (138)

SOLD ON 05/16/13 RECEIPT DATE 05/28/13
BUYER: HUJAZI MONICA,
CITY:             SELLER:SAME AS R/O ON FILE


REC STATUS:
05/06/08 SMOG DUE 03/02/12
05/02/08 MA CLASS VEHICLE VALUE: 0355000
10/04/07 PREV LIC 5XJL030
PNO-REGISTRATION DEFERRED
```



DATE/TIME OF RESPONSE: 08/09/17 13:57
LIC/VIN: WDDAJ76FX6M001024

09/19/2007-ODOMETER:      3,669 MILES ACTUAL MILEAGE
END OF DATA

