Peter Bonis, SBN 122016
LAW OFFICES OF PETER BONIS
1990 California Street, 8th Floor
Walnut Creek, California 94596
Telephone: (925) 287-6428
peter@bonislaw.com

Attorneys for Debtor

MONICA HUJAZI

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# UNLIMITED JURISDICTION

| | |
|---|---|
| IN RE<br><br>MONICA HUJAZI<br><br>        Debtor<br>_____<br>MICHAEL GRODSKY,<br><br>        Plaintiff,<br>V.<br><br>MONICA HUJAZI<br><br>        Defendant. | Case No. 13-30477-HLB<br><br>CHAPTER 7 (Involuntary)<br><br>Adversary Case No. 17-0388<br><br>**MONICA HUJAZI'S ANSWER TO COMPLAINT FOR NONDISCHARGEABILITY OF MICHAEL GRODSKY** |

Defendant Monica Hujazi responds to the adversary complaint of Michael Grodsky follows:

1

1. Admitted.

2. No response required.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

13. Admitted

14. Admitted

15. Denied.

16. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

17. Admitted.

2

18. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

19. Denied

20. Denied.

21. Admitted

22. Admitted

23. Admitted

24. Admitted

25. Admitted

26. Admitted.

27. Denied

28. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

29. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

30. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

31. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

32. Denied.

Case: 17-03088    Doc# 11    Filed: 03/15/18    Entered: 03/15/18 14:16:58    Page 3 of 9

33. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

34. Responding party admits that that exhibit 7 appears to be a wire transfer request. Responding party lacks sufficient information to admit or deny the remaining allegations.

35. Admitted.

36. Denied.

37. Denied.

38. Denied

39. Denied

40. Admitted.

41. Admitted

42. Admitted as to what the statute says. Denied that the statute has any applicability to debtor or her child.

43. Denied

44. Responding party lacks sufficient information to admit or deny and on that basis denies the request.

45. Denied

46. Denied

47. Admitted

48. No response required
49. Denied
50. Admitted
51. Admitted
52. Admitted that the McLaren has a value in excess of $600.
53. Admitted
54. Admitted
55. Denied
56. Denied
57. Denied
58. Responding party lacks sufficient information to admit or deny and on that basis denies the request.
59. Responding party lacks sufficient information to admit or deny and on that basis denies the request.
60. Denied
61. Denied
62. Admitted.
63. Admitted.
64. Denied

65. Responding party lacks sufficient information to admit or deny and on that basis denies the request.
66. Responding party lacks sufficient information to admit or deny and on that basis denies the request.
67. Responding party lacks sufficient information to admit or deny and on that basis denies the request.
68. Denied
69. Denied
70. Denied
71. Denied
72. Denied
73. Denied
74. No response necessary.

## FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

1. Each and every cause of action fails to state a claim upon which relief may be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE
(Estoppel)

2. By its conduct, Complainant is estopped from asserting any of the causes of action alleged in the Complaint against this answering defendant.

### THIRD AFFIRMATIVE DEFENSE
(Waiver)

3. By its conduct, Complainant has waived each and every cause of action alleged in the Complaint against this answering defendant.

### FOURTH AFFIRMATIVE DEFENSE
(Mitigation)

4. Complainant failed to exercise reasonable care and diligence to mitigate any and all alleged damages.

### FIFTH AFFIRMATIVE DEFENSE
(No Injury or Damages)

5. Each and every cause of action alleged in the Complaint is barred because Complainant sustained no injury or damage.

### SIXTH AFFIRMATIVE DEFENSE
(Unclean Hands)

6. Each and every cause of action alleged in the Complaint is barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE
(Fraud)

7. Complainant is barred from recovery by virtue of commission of fraud in their dealings with Defendant related to the issues raised herein.

### EIGHTH AFFIRMATIVE DEFENSE
### (Statutes of Limitation)

8. That Complainant's claims against Defendant are barred by the applicable Statutes of Limitation.

### NINTH AFFIRMATIVE DEFENSE
### (Laches)

9. Complainant is barred from recovery by the doctrine of laches.

### TENTH AFFIRMATIVE DEFENSE
### (Lack of Jurisdiction)

10. Complainant cannot recover any funds from debtor because the death of the testator which granted the property occurred post bankruptcy filing.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Res Judicata/Collateral Estoppel)

11. Complainant cannot recover any funds from Debtor because this issue, having already been litigated by creditors, has already been determined that the trust property is not the property of the bankruptcy estate.

### TWELFTH AFFIRMATIVE DEFENSE
### Settlement

12. The nondischargeability claim is barred by previous settlement entered into by the debtor and the bankruptcy court.

WHEREFORE, these Defendants pray for judgment as follows:

1. That the debt be declared dischargeable;

2. That these Defendants recover their fees and costs of suit; and

8

Case: 17-03088   Doc# 11   Filed: 03/15/18   Entered: 03/15/18 14:16:58   Page 8 of 9

3. For such other and further relief as the Court deems just and proper.

Dated: March 15, 2017,                LAW OFFICES OF PETER H. BONIS

                                       _____/s/_____
                                         Peter H. Bonis

9