Entered on Docket
August 30, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 30, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

1  Geoffrey E. Wiggs (SBN 276041)
2  LAW OFFICES OF GEOFF WIGGS
   1900 South Norfolk Street, Suite 350
3  San Mateo, California 94403-1171
4  Telephone Number: (650) 577-5952
   Facsimile Number: (650) 577-5953
5  Email Address: geoff@wiggslaw.com

6  Attorney for Plaintiff
7  Michael Grodsky

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re MONICA H. HUJAZI,<br><br>　　　　　Debtor.<br>_____<br>MICHAEL GRODSKY,<br><br>　　　　　Plaintiff,<br>　　v.<br>MONICA H. HUJAZI,<br><br>　　　　　Defendant. | Case No. 13-30477-HLB-7<br><br>Adv. Case No. 17-03088<br><br>Chapter 7 (Involuntary)<br><br>**ORDER APPROVING PLAINTIFF'S APPLICATION TO DISMISS ADVERSARY PROCEEDING**<br><br>**Hearing: none set** |

　　On August 23, 2018, Plaintiff filed an Ex Parte Application seeking dismissal of this adversary proceeding for mootness. The Court, finding the Application was properly noticed and is proper in form and substance; hereby GRANTS Plaintiff's Application and dismisses this action.

　　**IT IS SO ORDERED.**

***END OF ORDER***

**COURT SERVICE LIST**

None – all ECF